In the Matter of CITY OF YONKERS, Respondent, v YONKERS FIRE FIGHTERS, LOCAL 628, IAFF, AFL-CIO, Appellant.

Submitted October 15, 2012; decided October 18, 2012

Motion by New York State Professional Firefighters Association, I.A.F.F., AFL-CIO for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

---

In the Matter of COMMISSIONER OF SOCIAL SERVICES, on Behalf of ELIZABETH S., Appellant, v JULIO J., Respondent.

Submitted October 15, 2012; decided October 18, 2012

Motion for poor person relief granted.